IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHNNY M. RUFFIN, JR.**, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. **02-049-CJP** |
| **GUY PIERCE and KAREN McKINNEY**, | ) |
| Defendants. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is Plaintiff's Motion for Leave to Make Interlineation (Correction) to His Response and Opposition to Defendants' Motion for Summary Judgment Instanter.  **(Doc. 231).**

The Court accepts plaintiff's representation that he made a mistake in drafting his original response, and will permit plaintiff to amend his response.  However, the Court does not allow amendment by interlineation.  If plaintiff desires to amend his response, he must file an amended response.

Upon consideration and for good cause shown, Plaintiff's Motion for Leave to Make Interlineation (Correction) to His Response and Opposition to Defendants' Motion for Summary Judgment Instanter **(Doc. 231)** is **GRANTED**.  Plaintiff is granted leave to file an amended response to defendants' motion for summary judgment, making the change indicated in his motion, on or before **June 30, 2005.**

IT IS SO ORDERED.

DATE:  June 10, 2005.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**