IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOHNNY M. RUFFIN, JR.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **02-049-CJP** |
| | ) | |
| **GUY PIERCE and KAREN McKINNEY**, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, Plaintiff's Motion for Leave to File Supplements of Case Law Citation and Federal Statute to His Response and Opposition to Defendants' Motion for Summary Judgment **(Doc. 232)** is **GRANTED**.

The Court will consider **Doc. 232** to be a supplemental memorandum in opposition to the motion for summary judgment.

**IT IS SO ORDERED.**

**DATE:  June 10, 2005.**

                                   s/ Clifford J. Proud
                                   **CLIFFORD J. PROUD**
                                   **UNITED STATES MAGISTRATE JUDGE**