# *IN THE UNITED STATES DISTRICT COURT*
# *FOR THE SOUTHERN DISTRICT OF ILLINOIS*

| | |
|---|---|
| **JOHNNY M. RUFFIN, JR.,** | ) |
| **Plaintiffs,** | ) |
| -vs- | ) NO. 02-49-CJP |
| **CECIL RUNYON, C/O SELLER,** | ) |
| **C/O PONINSKI, B. GALE,** | ) |
| **GUY PIERCE, SERGEANT COWAN,** | ) |
| **and KAREN MCKINNEY,** | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

Defendants **CECIL RUNYON, C/O SELLERS, C/O PONINSKI B. GALE** and **SERGEANT COWAN** were granted summary judgment by an Order entered by Chief Judge G. Patrick Murphy on September 29, 2004 (Doc. 188).

Defendants **GUY PIERCE** and **KAREN McKINNEY** were granted summary judgment by an Order entered by Magistrate Judge Clifford J. Proud on January 10, 2006 (Doc. 253).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **CECIL RUNYON, C/O SELLERS, C/O PONINSKI, B. GALE, GUY PIERCE, SERGEANT COWAN and KAREN McKINNEY** and against plaintiff **JOHNNY M. RUFFIN, JR.**, in accordance with Orders (Doc. 188 and 253).

**DATED**: January 10, 2006

                                          **NORBERT G. JAWORSKI, CLERK**
                                          **BY: S/Angie Vehlewald**
                                               **Deputy Clerk**

**Approved by   S/ CLIFFORD J. PROUD**
            **United States Magistrate Judge**
                **Clifford J. Proud**