IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHNNY M. RUFFIN, JR.**, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. **02-049-CJP** |
| **GUY PIERCE, and KAREN McKINNEY**, | ) |
| Defendants. | ) |

### ORDER

**PROUD, Magistrate Judge:**

The Seventh Circuit Court of Appeals dismissed the appeal from this action because plaintiff failed to tender his appellate filing fee of $455 or, in the alternative, to seek leave to proceed *in forma pauperis* on appeal. In the mandate **(Doc. 272)**, the Seventh Circuit directed the clerk of this court to collect that appellate filing fee from plaintiff's trust fund account "using the mechanism of Section 1915(b)." This requires a copy of plaintiff's prison trust fund account statement.

**IT IS HEREBY ORDERED** that plaintiff shall submit, within **THIRTY (30) DAYS** of the date of the entry of this order, a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the notice of appeal. Plaintiff is **ADVISED** that in the event he has been transferred among institutions during this six-month period, it is plaintiff's responsibility to obtain a copy of his prison trust account statement from each such facility and to forward it to the Court.

IT IS SO ORDERED.

DATE: June 6, 2007.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**